**Nancy King and James W. Heald, Plaintiffs-Appellees, v. Odie L. Gilland, Defendant-Appellant.**

**Gen. No. 67-7.**

Third District.

July 17, 1967.

Sidney S.

Deutsch, of Rock Island, for appellant; Stewart R. Winstein, of Rock Island, for appellees. Opinion by JUSTICE ALLOY. Not to be published in full.